UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

# Report on Offender Under Supervision

Name of Offender: **Eric Joshua Jacobsen**              Docket Number: **2:17CR00476-001-DN**

Name of Sentencing Judicial Officer:   **Honorable Donald W. Molloy**
                                       **Chief U.S. District Judge**

Name of Assigned Judicial Officer:     **Honorable David Nuffer**
                                       **Chief U.S. District Judge**
                                       **(Transfer of Jurisdiction accepted on August 15, 2017)**

Date of Original Sentence: **July 31, 2006**

Original Offense:   **Distribution of a Controlled Substance Resulting in Death**
Original Sentence:  **132 Months Imprisonment/10 Years Supervised Release**

Type of Supervision:   **Supervised Release**   Current Supervision Began: **January 16, 2016**

## SUPERVISION SUMMARY

On April 4, 2018, the defendant submitted a written request to the U.S. Probation Office asking for the Court's permission to travel to Cancun, Mexico, for a wedding. The proposed itinerary indicates he will depart on Thursday, May 24, 2018, from Salt Lake City, Utah, and return on Tuesday, May 29, 2018. The flight will be non-stop from the United States to Mexico. His hotel is listed as the Grand Sunset Resort, and Mr. Jacobsen included the hotel's telephone number.

Based on Mr. Jacobsen's satisfactory performance while on supervised release since January 2016, I respectfully recommend the Court grant permission for the defendant to travel outside the United States as indicated above. Mr. Jacobsen is currently in both drug testing and drug treatment, and he will be immediately tested upon his return to the United States. The defendant has had no prior violation history which would preclude the undersigned not recommending travel.

If the court desires more information or another course of action, please contact me at 801-535-2719.

I declare under penalty of perjury that the foregoing is true and correct.

by Scott L. Bawden
U.S. Probation Officer
May 3, 2018

**THE COURT:**

[X] Approves the request noted above
[ ] Denies the request noted above
[ ] Other

Honorable David Nuffer
Chief United States District Judge
Date: May 3, 2018