PROB 35                                    Report and Order Terminating
                                           Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF UTAH

UNITED STATES OF AMERICA

        v.                                    Docket Number:  2:17-CR00476-001

Eric Joshua Jacobson

On January 15, 2016, the above-named defendant was placed on supervised release for a period of 120 months years.  The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision.  Accordingly it is recommended that the defendant be discharged from supervision.

        Respectfully submitted,

        Rick Law
        U.S. Probation Officer

Pursuant to the above report, and after verifying that there is a typographical error in the report filed concurrently and that AUSA Tad May does NOT object to early termination, it is ordered that the defendant be discharged from supervision and that the proceedings in this case be terminated.

Dated this ____21st_____ day of ____January__, 2019.

        Honorable David Nuffer
        United States District Judge